IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JAMES EDWARD BOYD,** | : | |
| **Plaintiff,** | : | |
| vs. | : | 5:06-cv-224 (CAR) |
| **TED SULLIVAN, et al.,** | : | |
| **Defendants.** | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is a Report and Recommendation (Doc. 47) from United States Magistrate Judge Claude W. Hicks, Jr., which recommends granting Defendants' Motion for Summary Judgment (Doc. 23). Although no Objections have been filed within the time allowed, the Court, pursuant to 28 U.S.C. § 636(b)(1), has thoroughly reviewed Defendants' Motion, Plaintiff's Response, and Judge Hicks' Recommendation. As fully explained by Judge Hicks, Defendants have shown that there is an absence of evidence to support Plaintiff's claims, and Plaintiff has failed to respond with specific facts showing that there is a genuine issue for trial. As such, the Recommendation is **ACCEPTED**, and Defendants' Motion for Summary Judgment (Doc. 23) is **GRANTED**.

**SO ORDERED**, this 11th day of March, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SCS